UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE GROSSMAN'S, INC. et al., ) | Chapter 11 | |
| ) | | |
| Debtors ) | Case No. 97-695 (PJW) | |
| ) | 97-696 (PJW) | |
| ) | 97-697 (PJW) | |
| ) | | |
| JELD-WEN, INC., ) | | |
| f/k/a Grossman's Inc., ) | | |
| ) | | |
| Plaintiff, ) | Adv. Pro. No. 07-51602 | |
| v. ) | | |
| ) | | |
| MARY VAN BRUNT and ) | | |
| GORDAN VAN BRUNT ) | RE: Docket No. 64 | |
| ) | | |
| Defendants. ) | | |

## JOINT SCHEDULING ORDER ON REMAND

This matter comes before this Court on remand from the United States District Court for the District of Delaware. This Joint Scheduling Order was submitted by JELD-WEN, inc., f/k/a Grossman's, Inc. ("Plaintiff") plaintiff in the above captioned Adversary Proceeding ("Adversary Proceeding") and by Gordan Van Brunt, individually and on behalf of the estate of Mary Van Brunt, defendants in the Adversary Proceeding ("Defendants") (collectively, with Plaintiff, the "Parties"). At this Court's direction at the status conference held on August 11, 2010, the Parties have prepared this Joint Scheduling Order and respectfully request its entry.

1

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Parties shall file a statement of facts on or before October 8, 2010 "the "Statement of Facts"). The Parties shall cooperate to identify undisputed facts and shall file a joint Statement of Facts setting forth such undisputed facts (the "Joint Statement of Facts"). The Parties may file an individual Statement of Facts ("Individual Statement of Facts") only if the Parties identify any disputed factual contentions and only to the extent necessary to address those disputed factual contentions.

2. The Parties shall file initial briefs on remand on or before October 29, 2010 (the "Initial Briefs").

3. The Parties shall file briefs in response to the Initial Briefs (the "Response Briefs") on or before November 17, 2010.

4. The Court shall set oral argument on remand at its earliest convenience after the filing of the Response Briefs.

5. Any deadlines contained in the Joint Scheduling Order may be extended by the consent of the parties without any filing or notice to the Court. In the alternative, any deadline may be extended by an order of the Court upon written motion for good cause shown. If, during the preparation of the Statement of Facts, any issues are identified by either of the Parties that give rise to a need for further

discovery, the Parties shall extend the deadlines contained in this Joint Scheduling Order accordingly.

IT IS SO ORDERED this  1  day of September, 2010.

                         _____
                         United States Bankruptcy Judge